# United States District Court
## Southern District of Ohio at Dayton

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>v.<br>**HARRY RICHARDSON** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: 3:12-po-28<br><br>**Arthur Mullins**<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] pleaded guilty to counts 1-5
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[✔] was found guilty on count(s) 1-5 by the court.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count # |
|---|---|---|---|
| 38 CFR 1.218 (a)(b)(11) | DISORDERLY CONDUCT | 2/10/2012 | 1 |
| 38 CFR 1.218(b)(18) | UNAUTHORIZED INTRODUCTION OF ALCOHOL/ DRUGS ONTO VA PROPERTY | 2/10/2012 | 2 |
| 38 CFR 1.218(a)(b)(11) | DISORDERLY CONDUCT | 2/10/2012 | 3 |
| 38 CFR 1.218(a)(b)(16) | ENTERING THE PREMISES OF THE VA UNDER INFLUENCE OF ALCOHOL | 2/10/2012 | 4 |
| 38 CFR 1.218(b)(18) | UNAUTHORIZED INTRODUCTION OF ALCOHOL/ DRUGS ONTO VA PROPERTY | 2/10/2012 | 5 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ] _____ is dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: **XXX-XX-3498** | February 10, 2012 |
| | Date of Imposition of Judgment |
| Defendant's Date of Birth: **X-X-1956** | |
| Defendant's USM No.: | s/ **Michael R. Merz** |
| | United States Magistrate Judge |
| Defendant's Residence and Mailing Address:<br>**4100 W. Third Street**<br>**Dayton, Ohio 45428** | February 14, 2012 |

CASE NUMBER: **3:12-po-28** Judgment - Page 2 of 2
DEFENDANT: HARRY RICHARDSON

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of one day per count (for a total of 5 days) to run concurrent with each other and to be served consecutively to case number 3:11-po-82.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
   [ ] at ___ on ___.
   [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before ___ on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

Deputy U.S. Marshal